1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

WANDA L. S.-N.,[1]

                Plaintiff,

      v.

ANDREW M. SAUL, Commissioner of
Social Security,

                Defendant.

Case No. EDCV 20-0772-RAO

**JUDGMENT OF REMAND**

      In accordance with the Memorandum Opinion and Order filed concurrently herewith,

      IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED:    February 11, 2021

                                _Rozella A. Oliver_
                                ROZELLA A. OLIVER
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.