WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw@sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WANDA LYNN STOKES-NARASKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL, Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>) | CASE NO: **EDCV20-00772-RAO**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND SEVEN HUNDRED TEN DOLLARS and 04/cents ($3,710.04), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: May 7, 2021

_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE